QUIN DENVIR, Bar #49374
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARTIN BERNACHE-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          *Plaintiff*,  )<br>  )<br>     v.  )<br>  )<br>MARTIN BERNACHE-VASQUEZ,  )<br>  )<br>          *Defendant*.  )<br>_____ ) | NO.  1:04-cr-5323 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date:  July 25, 2005<br>Time:  9:00 a.m.<br>Judge: Hon.  Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference / Motions Hearing currently set for July 11, 2005, may be continued to **July 25, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2 | DATED: July 7, 2005                                      MCGREGOR W. SCOTT
                                                             United States Attorney

                                                     By /s/ Sheila K. Oberto
                                                             SHEILA K. OBERTO
                                                             Assistant U.S. Attorney
                                                             Attorney for Plaintiff

8 | DATED: July 7, 2005
                                                             QUIN DENVIR
                                                             Federal Public Defender


                                                     By /s/ Robert W. Rainwater
                                                             ROBERT W. RAINWATER
                                                             Assistant Federal Defender
                                                             Attorney for Defendant
                                                             Martin Bernache-Vasquez


## O R D E R

Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 11, 2005**            /s/ **Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing         2